IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA MARLOWE,<br><br>    Plaintiff,<br><br>v.<br><br>29 PRIME INC,<br><br>    Defendant. | No. C -14-00550(EDL)<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |

On May 1, 2014, Defendant's counsel filed a request to appear telephonically at a case management conference set for May 6, 2014, at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the request to appear telephonically at the hearing is GRANTED.

Defendant's counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, Defendant's counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

**IT IS SO ORDERED.**

Dated: May 2, 2014

                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge