IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA MARLOWE, et al., | Case No. C -14-00550 EDL |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| 29 PRIME, INC., | |
| Defendant. | |

At the May 5, 2015 Further Case Management Conference, the Court set the following case management dates.

Plaintiffs' Motion for Class Certification shall be filed no later than December 4, 2015. Defendant's opposition shall be filed no later than January 22, 2016. Plaintiffs' reply shall be filed no later than February 5, 2016. Plaintiffs' Motion shall be heard on March 1, 2016.

**IT IS SO ORDERED.**

Dated: May 7, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge