Michael F. Ram, CSB #104805
Email:  mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
101 Montgomery Street, Suite 1800
San Francisco, California  94104
Telephone:  (415) 433-4949

Beth E. Terrell, CSB #178181
Email:  bterrell@terrellmarshall.com
Mary B. Reiten, CSB #203412
Email:  mreiten@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603

[Additional Attorneys Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHASTA MARLOWE, GREGORY CHICK, and ADAM RUSSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>29 PRIME, INC., a Nevada corporation; OC LISTING, INC., a California corporation, LOCAL ZOOM, a California corporation, TONY REDMAN, and RUSSELL WALLACE,<br><br>Defendants. | NO. 3:14-cv-00550-EDL<br><br>[PROPOSED] ORDER ESTABLISHING CLASS CERTIFICATION BRIEFING DEADLINES<br><br>Complaint Filed:  February 5, 2014<br><br>Magistrate Judge Elizabeth D. Laporte<br><br>DATE:<br>TIME:<br>LOCATION:  Courtroom E, 15th Floor |

Pursuant to this Court's Minute Order following the further case management conference held on December 1, 2015 (Dkt. No. 97), Plaintiffs Shasta Marlowe, Gregory Chick, and Adam Russell ("Plaintiffs"), and Defendants 29 Prime, Inc., OC Listing, Inc., Local Zoom, Tony Redman and Russell Wallace ("Defendants" and collectively the "Parties") have agreed to a briefing schedule on Plaintiffs' motion for class certification as follows:

[PROPOSED] ORDER ESTABLISHING CLASS CERTIFICATION BRIEFING
DEADLINES - 1
CASE NO. 3:14-cv-00550-EDL
413574.docx

| | |
|---|---|
| Deadline to file Motion for Class Certification | April 4, 2016 |
| Defendants' Opposition filing deadline | May 20, 2016 |
| Plaintiffs' Reply filing deadline | June 3, 2016 |
| Hearing | July 5, 2016 |

RESPECTFULLY SUBMITTED AND DATED this 3rd day of December, 2015.

TERRELL MARSHALL LAW GROUP PLLC          GORDON & REES, LLP

By:  /s/ Beth E. Terrell, CSB #178181                By:  /s/ Nathaniel J. Tarvin, CSB #251094
     Beth E. Terrell, CSB #178181                             Douglas Smith, CSB #101367
     Email:  bterrell@terrellmarshall.com              Email:  dsmith@gordonrees.com
     Mary B. Reiten, CSB #203412                          Stephanie P. Alexander, CSB #205701
     Email:  mreiten@terrellmarshall.com            Email:  salexander@gordonrees.com
     936 North 34th Street, Suite 300                      Nathaniel J. Tarvin, CSB #251094
     Seattle, Washington 98103                               Email:  ntarvin@gordonrees.com
     Telephone:  (206) 816-6603                              2211 Michelson Drive, Suite 400
     Facsimile: (206) 319-5450                                 Irvine, California  92612
                                                                               Telephone:  (949) 255-6950
     Michael F. Ram, CSB #104805                        Facsimile:   (949) 474-2060
     Email:  mram@rocklawcal.com
     RAM. OLSON, CEREGHINO                           *Attorneys for Defendants*
       & KOPCZYNSKI LLP
     101 Montgomery Street, Suite 1800
     San Francisco, California  94104
     Telephone:  (415) 433-4949
     Facsimile:  (415) 433-7311

     Roblin J. Williamson, *Admitted Pro*
       *Hac Vice*
     Email:  roblin@williamslaw.com
     Kathryn "Kim" Williams, *Admitted Pro*
       *Hac Vice*
     Email:  kim@williamslaw.com
     WILLIAMSON & WILLIAMS
     2239 West Viewmont Way West
     Seattle, Washington  98199
     Telephone:  (206) 294-3085

Leigh Smith, *Admitted Pro Hac Vice*
Email: lsmith@milberg.com
MILBERG LLP
One Penn Plaza, 49th Floor
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

David Pastor, *Admitted Pro Hac Vice*
Email: dpastor@pastorlawoffice.com
PASTOR LAW OFFICE
63 Atlantic Avenue, 3rd Floor
Boston, Massachusetts
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

*Attorneys for Plaintiffs and the Proposed Classes*

IT IS SO ORDERED.

Dated this __3rd__ day of _____December_____, 20__15__.

_____Elijah D. Laporte_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ESTABLISHING CLASS CERTIFICATION BRIEFING DEADLINES - 3
CASE NO. 3:14-cv-00550-EDL
413574.docx