# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHASTA MARLOWE, GREGORY CHICK, and ADAM RUSSELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>29 PRIME, INC., a Nevada corporation; OC LISTING, INC., a California corporation; LOCAL ZOOM, a California corporation, TONY REDMAN, and RUSSELL WALLACE,<br><br>Defendants. | CASE NO. 3:14-CV-00550-EDL<br>Assigned to: Magistrate Judge Elizabeth D. Laporte<br><br>ORDER AS MODIFIED [PROPOSED] ORDER RE MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR DEFENDANTS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>Hearing Dates:   August 16, 2016<br>                          September 6, 2016<br>Hearing Times:  9:00 a.m.<br>Place:                 Courtroom E<br><br>Action Filed: February 5, 2014 |

The Court has considered the parties Joint Stipulation to Continue Defendants' Motion to be Relieved as Counsel of Record for Defendants and Plaintiffs' Motion for Class Certification

///

///

1

ORDER ON JOINT STIPULATION TO CONTINUE DEFENDANTS' COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 3:14-CV-00550-ED

1     Good cause appearing, the joint stipulation is GRANTED.

2     Defendants' Counsel's Motion to be Relieved as Counsel is continued from
3 August 16, 2016 at 9:00 a.m., to September 6, 2016 at 9:00 a.m.

4     Plaintiffs' Motion for Class Certification is continued from September 6,
5 2016 to September 20, 2016 at 9:00 a.m.

6     No further briefing is permitted ~~on either motion~~ on either motion
7 prior to the revised hearing dates.

8     **IT IS SO ORDERED.**

9

10 Dated: 8/15/2016          *Elizabeth D. Laporte*
11                       UNITED STATES MAGISTRATE JUDGE

1100297/29293112v.1

2

ORDER ON JOINT STIPULATION TO CONTINUE DEFENDANTS' COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
Case No. 3:14-CV-00550-ED